## HINDS v. FARMERS' NAT. BANK.

No. 4893.   Opinion Filed July 27, 1915.

Rehearing Denied November 16, 1915.

(152 Pac. 606.)

APPEAL AND ERROR—Dismissal—Cost Deposit. Where the cost deposit of the plaintiff in error made with the clerk of the Supreme Court, required by law, is exhausted by proper charges against the same, and, upon notice, a further deposit for costs is not made, the appeal, on motion, will be dismissed.

(Syllabus by Rittenhouse, C.)

*Error from County Court, Washita County;*
*L. R. Shean, Judge.*

Action by S. N. Hinds against the Farmers' National Bank, a corporation. Judgment for defendant, and plaintiff brings eror. Dismissed.

*Brett & Billups,* for plaintiff in error.

*Massingale & Duff,* for defendant in error.

Opinion by RITTENHOUSE, C.   This appeal is presented for the purpose of reviewing a judgment of the trial court on a promissory note for $599.40. Motion to dismiss the appeal has been filed, for the reason that the cost deposit made with the clerk of this court has been exhausted, and the plaintiff in error refuses to make additional deposit. Upon examination of the records of this court, we find that the cost deposit has been exhausted, that notice for additional deposit for costs has been given as required by law, and that said notice has not been complied with.

We recommend that the motion be sustained and the appeal dismissed.

By the Court: It is so ordered.